IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| SUPPLY CHAIN CONNECT, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>AFTON CHEMICAL CORPORATION, et al.<br><br>       Defendants. | CIVIL ACTION NO.<br>4:11-cv-02191<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND**

  Defendant Quadrem International Holdings Limited ("Quadrem International Holdings") moves for a 30 day extension of time for Quadrem International Holdings to answer or otherwise respond to Plaintiff Supply Chain Connect LLC's Complaint up to an including August 17, 2011. Plaintiff's Complaint was delivered by certified mail to Quadrem International Holding's registered agent on June 27, 2011. Quadrem International Holding does not waive any defenses or matters that may be presented pursuant to Federal Rule of Civil Procedure 12(b) or any other rule or law.

July 18, 2011

                  **/s/ Todd Y. Brandt**
                  (lead attorney)
                  Texas State Bar No. 24027051
                  S.D.TX # 27048
                  Stevens Love
                  5020 Montrose Blvd.
                  Houston, Texas  77006
                  (713) 284 5201
                  todd@stevenslove.com

>Scott E. Stevens
>Texas State Bar No. 00792024
>S.D.TX #433462
>Darrell G. Dotson
>Texas State Bar No. 24002010
>S.D.TX # 23686
>Stevens Love
>111 West Tyler Street
>PO Box 3427
>Longview, Texas 75606
>(903) 753–6760
>scott@stevenslove.com
>darrell@stevenslove.com
>
>Daniel N. Lundeen
>Texas State Bar No. 12695250
>S.D.TX # 6524
>Marcee G. Lundeen
>Texas State Bar No. 12695500
>S.D.TX # 34855
>Lundeen & Lundeen, PLLC
>2710 Louisiana Street
>Houston, Texas 77006
>(713) 652-2555
>dan@LPATS.com
>Marcee@LPATS.com
>
>*Counsel for Plaintiff Supply Chain Connect, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 18, 2011, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

>/s/ Todd Y. Brandt
>Todd Y. Brandt