IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| SUPPLY CHAIN CONNECT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AFTON CHEMICAL CORPORATION et al.,<br><br>Defendants. | Civil Action No.<br>4:11-cv-02191<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Having considered Defendant Quadrem International Holdings Limited's ("Quadrem International Holdings") unopposed motion for an extension to answer or otherwise respond to Plaintiff's Complaint in the above identified action, it is hereby ORDERED that the motion for a 30 day extension of time is GRANTED.

Defendant shall have until August 17, 2011, to answer or otherwise respond to Plaintiff's Complaint in the above-identified action. Defendants do not waive any defenses or matters that may be presented pursuant to Federal Rule of Civil Procedure 12(b) or any other rule or law.

Dated: July 19, 2011

_____
HONORABLE VANESSA D. GILMORE
United States District Court Judge